UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ALCAZAR, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MIELE, INCORPORATED,<br><br>　　　　　Defendant. | Case No. 20-cv-02890-VC<br><br>**ORDER DENYING MOTION FOR PRELIMINARY APPROVAL**<br><br>Re: Dkt. No. 35 |

For all of the reasons discussed at the hearing, the motion for preliminary approval of a class action settlement is denied.

**IT IS SO ORDERED.**

Dated: April 1, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　United States District Judge