Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988

*Attorney for Plaintiff Juan Alcazar and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ALCAZAR and PAMELA WILLIAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIELE, INCORPORATED, a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.: 3:20-cv-02890-VC<br><br>*Assigned for all purposes to Hon. Vince Chhabria*<br><br>**MOTION TO CONTINUE HEARING ON THE PARTIES JOINT MOTION FOR (1) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND (2) CONDITIONAL CERTIFICATION OF SETTLEMENT CLASSES**<br><br>*[Proposed Order Filed Concurrently]*<br><br>Date: December 9, 2021<br>Time: 10:00 AM<br>Courtroom: 4 – 17th Floor<br><br>Consolidated Complaint Filed: March 01, 2021<br>Trial Date: None Set |

JUAN ALCAZAR ("Plaintiff") through his undersigned counsel of record, hereby respectfully submits the following motion to continue the Hearing:

**I.     FACTS**

Juan Alcazar, Pamela Williams, and Miele Incorporated (Collectively the "Parties") filed a Joint Notice of Motion and Motion for: (1) Preliminary Approval of Class Action Settlement; and (2) Conditional Certification of Settlement Classes on November 01, 2021.  (Dkt. 50).

On November 02, 2021, the Court rescheduled the hearing, which was noticed to take place on December 02, 2021, to December 09, 2021, at 10:00 am.  (Dkt. 52).

Unfortunately, Thiago M. Coelho ("Mr. Coelho")—lead attorney for the proposed class who is supposed to make oral arguments to the Court—has a preexisting scheduling conflict, in that he must attend a mediation for a different matter during that date and time, which cannot be readily rescheduled.

Therefore, Plaintiff respectfully requests that the Court continue the hearing date to January 13, 2022, to give the Parties the best opportunity to present their case to the Court.

**II.     ARGUMENT**

Mr. Coelho is an experienced class-action attorney and licensed to practice in all courts in the State of California.  Moreover, Mr. Coelho is also counsel of record in this matter for Plaintiff—in addition to seeking to be made lead class counsel for the proposed class.  As such, Mr. Coelho possesses the firmest grasp of the facts and the law supporting the Parties motion for preliminary approval of class action settlement and conditional certification of settlement classes. In addition, Mr. Coelho was also slated to present oral argument to the Court on behalf of the Parties.

Accordingly, the Parties will be prejudiced if the hearing were to take place without Mr. Coelho presenting oral argument on their behalf, and, as such, respectfully request that the Court continue the hearing to January 13, 2022, or such other time as the Court deems sufficient for the matter to be heard.  Further good cause exists because continuing the hearing to allow Mr. Coelho to present oral argument will ensure that the Parties efforts and the Court's time and resources are well-spent.

### III.     CONCLUSION

Respectfully, Plaintiff requests that the Court continue the hearing to January 13, 2022, or such other time as the matter may be sufficiently heard.

Dated: December 3, 2021                                             **WILSHIRE LAW FIRM**

*/s/ Thiago M. Coelho*
Thiago M. Coelho
*Attorney for Plaintiff Juan Alcazar and Proposed Class*