UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ALCAZAR, et al.,<br><br>        Plaintiffs,<br><br>      v.<br><br>MIELE, INCORPORATED,<br><br>        Defendant. | Case No. 20-cv-02890-VC<br><br>**ORDER CONTINUING HEARING ON THE PARTIES' JOINT MOTION FOR (1) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, AND (2) CONDITIONAL CERTIFICATION OF SETTLEMENT CLASSES**<br><br>Re: Dkt. No. 56 |

      The hearing currently scheduled for December 9, 2022, at 10:00 a.m. is continued to January 20, 2022 at 10:00 a.m. Class counsel is ordered to comply with the Court's prior order (Dkt. No. 51) issued on November 2, 2021. The Court previously required compliance by November 24, 2021, a deadline that counsel failed to meet. The Court then required counsel to submit a notice or revised documents no later than December 3, 2021. But because the preliminary approval hearing has been rescheduled, counsel shall have until January 13, 2022 to comply with the order. As stated previously (Dkt. No. 54), failure to do so may result in further delay of the preliminary approval hearing and possibly sanctions.

      **IT IS SO ORDERED.**

Dated: December 6, 2021

                                                      VINCE CHHABRIA<br>
                                                      United States District Judge