UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ALCAZAR, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>MIELE, INCORPORATED,<br><br>        Defendant. | Case No. 20-cv-02890-VC<br><br>**ORDER GRANTING FINAL APPROVAL AND AWARDING ATTORNEY'S FEES**<br><br>Re: Dkt. No. 69 |

    This matter came before the Court on the joint motion for final approval of class action settlement and conditional certification of settlement class (the "Motion") of Plaintiffs Juan Alcazar and Pamela Williams ("Named Plaintiffs") and Defendant Miele, Incorporated ("Defendant"). The Court has considered the briefing and the argument of counsel for the Parties since the initial submission of their preliminary approval papers and at the hearing on this matter. The Court has also considered the entirety of the record in this action in issuing the below ruling.

    The Court having found that the proposed resolution of this matter set forth in the Class Action Settlement Agreement and Release, taken as a whole, is fundamentally fair, adequate, and reasonable to all concerned, and for other good cause shown, the Court hereby Orders as follows:

    The following class is certified as a settlement class under Rules 23(a) and 23(b)(2) of the Federal Rules of Civil Procedure:

> The Nationwide Class: All individuals who (a) have a visual disability, as that term is defined under the Americans with Disabilities Act, 42 U.S.C. § 12102 ("ADA") and similar state and local disability laws, (b) have accessed the Website and/or Mobile

Applications, and (c) have been denied equal access as a result of their disability.

The Court hereby grants final approval to the Settlement Agreement as it finds that, taken as a whole, the settlement and compromise contained in that Settlement Agreement is fundamentally fair, adequate, and reasonable to all concerned.

The Court grants an award of attorneys' fees to Lead Class Counsel, Wilshire Law Firm, PLC, and Class Counsel, Stein Saks, PLLC, in the amount of $53,000.00, payable as follows: $39,000 to Wilshire Law Firm and $14,000 to Stein Saks PLLC. This payment also encompasses any award of costs that Class Counsel could seek. Ninety percent of this amount is payable upon entry of this order. The remaining ten percent will be withheld until Lead Class Counsel files the Post-Distribution Accounting and submits along with it a proposed order releasing the balance of the award.

The Court grants a service award of $1,000 to each of the Named Plaintiffs—Juan Alcazar and Pamela Williams. The Court finds that Mr. Alcazar and Ms. Williams upheld their duties to the class by participating actively in the litigation and being available to their counsel.

Within twenty (21) days after entry of this order, Lead Class Counsel will file a Post-Distribution Accounting, as described in the Northern District's Procedural Guidance for Class Action Settlements, to inform the Court about the administration of the Settlement. Pursuant to this Court's Standing Order for Civil Cases, the Post-Distribution Accounting will include any significant or recurring concerns communicated by Settlement Class Members to the Claims Administrator and Lead Class Counsel since final approval, any other issues in settlement administration since final approval, how any concerns or issues were resolved, a description of the changes made to the Defendant's Website and Mobile Applications, and a description of the benefits the injunctive relief has conferred on the class. Lead Class Counsel will cause the Claims Administrator to post the Post-Distribution Accounting on the Settlement Website.

//

**IT IS SO ORDERED.**

Dated: December 16, 2022

_____

VINCE CHHABRIA
United States District Judge