UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ALCAZAR, et al.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MIELE, INCORPORATED,<br><br>　　　　Defendant. | 20-cv-02890-VC<br><br>**JUDGMENT** |

The Court now enters judgment in accordance with its previous orders granting Final Approval of the Class Action Settlement and the Motion for Attorney's Fees. The Clerk of the Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: January 3, 2023

VINCE CHHABRIA
United States District Judge