UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ALCAZAR, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>MIELE, INCORPORATED,<br><br>        Defendant. | Case No. 20-cv-02890-VC<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 89 |

    Counsel for the plaintiffs are ordered to show cause why they should not be sanctioned for failure to respond to this Court's January 10 order. A written response is due 7 days from this order. In the response, counsel should also submit proof that they have not yet taken the 10% fee share that was supposed to be withheld until further court order. A hearing on the order to show cause will be scheduled, if necessary, after receipt of the written response.

    **IT IS SO ORDERED.**

Dated: March 28, 2023

VINCE CHHABRIA
United States District Judge