UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ALCAZAR, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MIELE, INCORPORATED,<br><br>　　　　　Defendant. | Case No. 20-cv-02890-VC<br><br>**ORDER RE ORDER TO SHOW CAUSE; POST-DISTRIBUTION ACCOUNTING**<br><br>Re: Dkt. Nos. 92, 93 |

　　　　Given the plaintiffs' response, the order to show cause is lifted, but the request to release the remaining attorney's fees is denied.

　　　　Under the terms of the settlement agreement, Miele was required to make certain changes to both its website and its mobile applications. The plaintiffs have submitted some information suggesting that Miele made changes to its website, but they have not submitted any information about the mobile applications. The remaining funds will be released once the plaintiffs provide that information.

　　　　As it stands, it does not appear that plaintiffs' counsel are at all invested in ensuring that the defendant complies with the settlement agreement. Counsel are reminded that they were appointed to represent the class, and in exchange, they received tens of thousands of dollars in attorney's fees. As part of that appointment, they are required to ensure that the defendant complies with the terms of the settlement agreement—and if the defendant does not comply, they are required to bring that to the Court's attention.

　　　　An updated post-distribution accounting is due within 21 days of this order.

　　　　//

**IT IS SO ORDERED.**

Dated: April 5, 2023

_____
VINCE CHHABRIA
United States District Judge